IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 4:02CR3071 |
| Plaintiff, ) | |
| ) | DETENTION ORDER |
| vs. ) | |
| ) | PETITION FOR |
| DONACINO CASARES, ) | ACTION ON CONDITIONS |
| ) | OF |
| Defendant. ) | SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

June 18, 2012   BY THE COURT:

*s/Cheryl R. Zwart*
United States Magistrate Judge