IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | 4:02CR3071 |
| vs. | **ORDER** |
| DONACINO CASARES, JR, | |
| Defendant. | |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 71), is granted.

2) The defendant shall comply with all terms and conditions of defendant's supervised release which were imposed at sentencing except as follows:

   On July 18, 2012, the defendant shall be released to reside at NOVA in Omaha, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of his treatment plan and all rules of the NOVA facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

3) By no later than 11:00 a.m. on July 18, 2012, the Marshal shall release the defendant to an attorney or staff person from the Federal Public Defender's Office for transport to the treatment facility.

4) At the time of defendant's release to treatment, the U.S. Marshal's office shall provide the defendant with a 30-day supply of any currently prescribed medication.

July 10, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge