IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:02CR3071 |
| ) | |
| DONACINO CASARES, JR., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Dispositional Hearing, filing 76, now set for September 18, 2012, at 12:00 p.m. until a date certain in approximately 90 days. The Court, being fully advised in the premises, and noting the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the supervised release hearing scheduled in this case shall be continued until the 18th day of December, 2012, at 12:30 p.m. The Defendant is ordered to appear at such time.

Dated this 12th day of September, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge