IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:02CR3071 |
| | ) | |
| DONACINO CASARES, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Dispositional Hearing, filing 78, now set for December 18, 2012, at 12:30 p.m. until a date certain in approximately 90 days. The Court, being fully advised in the premises, and noting the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the supervised release hearing scheduled in this case shall be continued until the 19th day of March, 2013, at 12:00 noon. The Defendant is ordered to appear at such time.

Dated this 7th day of December, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge